NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROGER DALE REYNOLDS, )
)
      Appellant, )
)
v. ) Case No. 2D18-520
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed November 30, 2018.

Appeal from the Circuit Court for DeSoto
County; Don T. Hall, Judge.

Howard L. Dimmig, II, Public Defender, and
Cynthia J. Dodge, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


      Affirmed.



LaROSE, C.J., and KHOUZAM and BLACK, JJ., Concur.